**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:13-CR-00018-RJC-DSC**

| | | |
|---|---|---|
| **USA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ROBERTO MENDOZA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 112), of the Indictment, (Doc. No. 3), as to Roberto Mendoza, without prejudice, following his plea to an Information in Case No. 3:14-cr-164.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 122), is **GRANTED** and the Indictment, (Doc. No. 3), is **DISMISSED** as to Roberto Mendoza, without prejudice.

Signed: October 7, 2014

Robert J. Conrad, Jr.
United States District Judge